The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *KSS One, LLC*
   *v. Henrico County, Virginia, et al.*
   Record No. 0294-22-2
   Opinion rendered by Judge Raphael on
   March 7, 2023

2. *Jaron Devontae Nottingham*
   *v. Commonwealth of Virginia*
   Record No. 1006-21-1
   Opinion rendered by Judge Huff on
   March 21, 2023

3. *William Ezell Taylor, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 0433-22-2
   Opinion rendered by Judge Lorish on
   March 28, 2023

4. *Keefe Butler*
   *v. Martha Ann Thomas Stegmaier, etc., et al.*
   Record No. 0584-22-2
   Opinion rendered by Judge Athey on
   March 28, 2023

5. *Edgar Alexander Diaz-Urrutia*
   *v. Commonwealth of Virginia*
   Record No. 0502-22-4
   Opinion rendered by Judge Humphreys on
   April 4, 2023

6. *Travis Alexander Bland Henderson, s/k/a*
   *Travis Alexander Bland-Henderson*
   *v. Commonwealth of Virginia*
   Record No. 1359-21-2
   Opinion rendered by Judge Raphael on
   April 11, 2023

7. *United Services Automobile Association*
   *v. Bruce A Estep*
   Record No. 0391-22-1
   En banc opinion rendered by Chief Judge Decker on
   April 11, 2023

8. *Clifton Haley Harper, Jr.*

*v. Commonwealth of Virginia*
Record No. 0453-22-4
Opinion rendered by Judge Humphreys on
 April 11, 2023

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Jacques Lamar Walker*
   *v. Commonwealth of Virginia*
   Record No. 1211-20-4
   Opinion rendered by Judge Russell
     on April 5, 2022
   Judgment of Court of Appeals affirmed by opinion rendered on June 1, 2023
     (220378)

2. *Shemon Devonte Clayton*
   *v. Commonwealth of Virginia*
   Record No. 1246-21-3
   Opinion rendered by Judge AtLee
     on September 13, 2022
     Refused (220645)

3. *Shemon Devonte Clayton, s/k/a, etc.*
   *v. Commonwealth of Virginia*
   Record No. 1247-21-3
   Opinion rendered by Judge AtLee
     on September 13, 2022
     Refused (220645)

4. *Diallo Olumnminji Turner*
   *v. Commonwealth of Virginia*
   Record No. 1103-21-2
   Opinion rendered by Judge Beales
     on September 20, 2022
     Refused (220673)